**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>            Plaintiff,             )<br>                                   )<br>      v.                                                       )    CAUSE NO.: 1:18-CR-5-TLS-PRC<br>                                   )<br>LATONYA D. SMITH,                                )<br>            Defendant.          ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT LATONYA D. SMITH**

TO:    THE HONORABLE THERESA L. SPRINGMANN,
         UNITED STATES DISTRICT COURT

Upon Defendant Latonya D. Smith's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on April 6, 2018, with the consent of Defendant Latonya D. Smith, counsel for Defendant Latonya D. Smith, and counsel for the United States of America.

The hearing on Defendant Latonya D. Smith's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Latonya D. Smith under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Latonya D. Smith,

I FIND as follows:

(1) that Defendant Latonya D. Smith understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Latonya D. Smith understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

against compelled self-incrimination;

(3) that Defendant Latonya D. Smith understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Latonya D. Smith understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Latonya D. Smith has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Latonya D. Smith is competent to plead guilty;

(6) that Defendant Latonya D. Smith understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Latonya D. Smith's plea; and further,

I RECOMMEND that the Court accept Defendant Latonya D. Smith's plea of guilty to the offense charged in Count I of the Indictment and that Defendant Latonya D. Smith be adjudged guilty of the offense charged in Count I of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Latonya D. Smith be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 6th day of April, 2018.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann